IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS AND DEBORAH FREESE, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICIA J. CROSS, and WERNER ENTERPRISES, INC, <br><br> Defendants. | Case No. 3:10-cv-05006-RBL <br><br> **ORDER RE**: DEFENDANTS' MOTION TO TRANSFER VENUE OR TO DISMISS FOR LACK OF PERSONAL JURISDICTION |

    THIS MATTER having come before the court on Defendants' Motion to Transfer Venue and/or Dismiss for Lack of Personal Jurisdiction [Dkt. #4]; the Court having subject matter jurisdiction herein; and the Court having reviewed defendants' motion, together with all documents submitted in support and in opposition to the motion,

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS:

CERTIFICATE OF SERVICE

1

Defendants' Motion to Transfer Venue is **GRANTED**.  The matter shall be transferred to the United States District Court, District of Oregon, Medford Division, pursuant to 28 U.S.C. 1391(1) and 28 U.S.C. 1406.  The Motion to Dismiss for lack of personal jurisdiction is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this 8th day of April, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

1